UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBCAD CAM, INC.,

    Plaintiff,

v.                                  Case No.  8:11-cv-391-T-30AEP

RANDALL WATERS and OLAF KLUG,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Notice of Settlement and Stipulation of Voluntary Dismissal With Prejudice (Dkt. #59).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     The Court will retain jurisdiction to enforce the terms of the settlement agreement for a period of one (1) year.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 6, 2012.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-391.dismiss 59.wpd